

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. The sentence is adjourned to April 16, 2021 at 11:00 a.m. Counsel shall refer to the Court's Individual Rules and Practices in Criminal Cases for the deadlines to file sentence submissions.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> January 5, 2021

Re:   *United States v. Cesar Cruz Vargas*, S2 19 Cr. 635 (RA)

Dear Judge Abrams:

At the request of defense counsel, the Government writes to request that the Court adjourn the sentencing in this matter and all sentencing-related deadlines by approximately ninety days. The defendant requires additional time to consider certain sentencing issues and to allow additional time for discussions with counsel, which are made more difficult during the pandemic. The Government consents to this request.

Accordingly, the parties respectfully request a ninety day adjournment of the sentencing, currently scheduled for January 8, 2021, and all sentencing-related deadlines.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Nicholas W. Chiuchiolo
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-1247 / 2493

cc:  Mark J. Stein, Esq.