# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE:
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2310 | mstein@stblaw.com |

BY ECF

June 1, 2021

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Cesar Cruz Vargas*, S2 19 Cr. 635 (RA)

> Application granted. The sentence is adjourned to July 7, 2021 at 11:00 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> June 2, 2021

Dear Judge Abrams:

    I write on behalf of my client, Cesar Cruz Vargas, with the consent of the Government, to respectfully request that Mr. Cruz's sentencing, currently scheduled for June 18, 2021 at 11:00 AM, be re-scheduled for a date after July, 4, 2021. We request this adjournment due to a conflict on the currently scheduled date.

Respectfully submitted,

*/s/ Mark J. Stein*

Mark J. Stein

cc: AUSA Nicholas W. Chiuchiolo
AUSA Kyle A. Wirshba

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.