**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
         -against-                     :         ORDER
                                       :
                                       :
                                       :
                                       :         _____
                                       :         Docket #
---------------------------------------x
```

_____, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                                           Attorney's Name

                                            **SO ORDERED.**

*[signature]*

                                        **UNITED STATES DISTRICT JUDGE**

        July 7, 2021
**Dated:**  **New York, New York**