

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

January 25, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: *United States v. Cesar Cruz Vargas*
19 Cr. 635 (RA)

> Application granted. The parties shall submit a status letter by March 28, 2022.
>
> SO ORDERED.
>
> Ronnie Abrams , U.S.D.J.
> January 26, 2022

Dear Judge Abrams:

    I represent the defendant, Cesar Cruz Vargas, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I am writing to provide the Court with a status update as to the representation of Mr. Vargas. The defense met with Mr. Vargas at the Westchester County Jail where Mr. Vargas currently resides. Based upon Mr. Vargas' requests, the defense obtained various documents from the Government. The defense is currently reviewing the documents to determine which portions should be translated for Mr. Vargas as he only speaks Spanish. Unfortunately, due to the rise in COVID-19 cases and transmission rates, the Westchester County Jail suspended all visitation for over one month. The defense respectfully requests that the Court adjourn this matter to allow counsel and Mr. Vargas to continue to review the material so that he can prepare for sentencing. For the aforementioned reasons, the defense respectfully requests that the Court permit the defense to submit an additional status update letter in late March 2022. The Government does not object to this request.

Very truly yours,

/s/

Calvin H. Scholar

United States Attorney for the Southern District of New York