

June 10, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   *United States v. Cesar Cruz Vargas*
      19 Cr. 635 (RA)

Dear Judge Abrams:

    I represent the defendant, Cesar Cruz Vargas, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  On June 2, 2022, during a video conference with the assistance of a CJA Spanish interpreter, Mr. Cruz Vargas stated that he wanted to have a new attorney appointed to him and refused to participate in reviewing his sentencing materials.  I respectfully request that the Court schedule a status conference/ substitution of counsel on the date that was previously scheduled for sentencing.  The Government takes no position as to Mr. Cruz Vargas' request for new counsel and does not object to the defense request for a status conference.

A conference to address this matter is scheduled for June 24, 2022 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 13, 2022

Very truly yours,

/s/

Calvin H. Scholar

United States Attorney for the Southern District of New York