UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------x
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -against-                        :         ORDER
                                         :
 Cesar Cruz Vargas                       :
                                         :      19 Cr. 635 (RA)
                                         :      ─────────────────
                                         :         Docket #
----------------------------------------x
```

_Ronnie Abrams_, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, _John Zach_ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _6-24-2022_.

**SO ORDERED**.

_/s/_
──────────────────────────────
**UNITED STATES DISTRICT JUDGE**

June 24, 2022
**Dated:  New York, New York**