

July 24, 2022

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Cesar Cruz Vargas*, 1:19-cr-00635-RA

Dear Judge Abrams:

     At the proceedings held before this Court on June 24, 2022, the Court ordered counsel for Mr. Cruz Vargas to submit a letter proposing a new sentence date by July 25.  As such, we respectfully write to request that the Court schedule sentencing for a date in mid-September as we continue to engage in discussions with Mr. Cruz Vargas.

                                     Respectfully submitted,

                                       /s/ Waleska Suero Garcia

                                     **John T. Zach**
                                     **Waleska Suero Garcia**
                                     *Attorneys for Cesar Cruz Vargas*

**Copy to**
All counsel via ECF

The sentence is scheduled for September 13, 2022 at 2:00 p.m. Counsel shall refer to the Court's Individual Rules of Practice in Criminal Cases for the deadlines in which to file sentence submissions.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 25, 2022